RAY CONSOLIDATED COPPER COMPANY, Respondent, v. AMERICAN ENGINEERING COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements,

with leave to defendant to answer within ten days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.